# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JOCK O LOGAN AND ANGELA CHIMEL, *Plaintiffs*, | § § § § | |
| v. | § | CIVIL ACTION H-18-3743 |
| CARRINGTON MORTGAGE SERVICES, LLC, *Defendant*. | § § § | |

## MEMORANDUM OPINION & ORDER

Pending before the court is a memorandum and recommendation filed by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 35. The M&R recommends granting in part and denying in part defendant Carrington Mortgage Services, LLC's ("Carrington") motion for summary judgment (Dkt. 24) and denying plaintiffs Jock O. Logan and Angela Chimel's (collectively, "Plaintiffs") motion for summary judgment (Dkt. 25). *Id.* Carrington filed objections to the M&R (Dkt. 36), as did Plaintiffs (Dkt. 37). Carrington responded. Dkt. 38.

For dispositive matters, the court "determine(s) de novo any part of the magistrate judge's disposition that has been properly objected to." *See* Fed. R. Civ. P. 72(b)(3). "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id.*

The court has reviewed de novo the parties' objections to the M&R. Having reviewed the M&R, the record, the objections, Carrington's response, and the applicable law, the objections are **OVERRULED**. The court **ADOPTS IN FULL** the M&R.

Signed at Houston, Texas on February 20, 2020.

_____
Gray H. Miller
Senior United States District Judge